IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CARL D. SEIBER, individually; JESSICA HUBBS LOGSTON, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, a Rhode Island company doing business in Idaho,<br><br>    Defendant. | Case No. 1:17-cv-00398-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties having filed a Stipulation of Dismissal, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation for Dismissal with Prejudice (Dkt. 13) is APPROVED, and that this case is DISMISSED WITH PREJUDICE and with each party to bear its own attorney fees and costs.

IT IS FURTHER ORDERED that the Clerk close this case.

DATED: September 17, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER OF DISMISSAL WITH PREJUDICE- 1**